UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

RECEIVED
2007 SEP -4 A 9: 20
T. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| Prob22 (3/03) **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran Court) 07M-1153E; A2202290 |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) |
| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Steven Edward Butler 11945 E. County Road 22 Columbia AL 36319 | DISTRICT Western District of Oklahoma | DIVISION United States Probation Office |
| | NAME OF SENTENCING JUDGE Shon T. Erwin, United States Magistrate Judge | |
| | DATES OF PROB/TSR RELEASE | FROM June 22, 2007 / TO June 21, 2008 |

Offense:
Possession of Marijuana; Transporting Open Container

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the United States District Court for the Western District of Oklahoma to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8-27-07_
Date

_[signature]_
United States Magistrate Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Date

United States District Judge